TO; U.S. DISTRICT JUDGES PITMAN + BERMAN
FR; HASSAN O. KEMP
LOC; 1263 HERKIMER STREET BROOKLYN N.Y. 11233
RE; FEDERAL HABEAS CORPUS

DEAR YOUR HONOR [07 CIV. 6996]

I RECIEVED THE RESPONDENT'S MEMORANDUM OF LAW IN OPPOSITION TO PETITION FOR A WRIT OF HABEAS CORPUS ON 12·19·07. I NEED AN EXTENSION TO SEEK LEGAL ADVICE TO RESPOND TO IT. MY APPLICATION FOR COUNSEL IS PENDING AND I'M VERY IGNORANT TO THE LAW. BUT I AM 100% SURE THAT I WAS WRONGFULLY CONVICTED OF CRIMINAL SALE IN THE THIRD DEGREE IN A N.Y. STATE COURT BY TRIAL. INEFFECTIVE ASSISTANCE OF COUNSEL IS RESPONSIBLE FOR ME NOT EXHAUSTING STATE PROCEDURES. I WOULD LIKE TO SPEAK WITH YOU OR A REPRESENTATIVE OF YOUR CHAMBERS REGARDING THESE ISSUES. PLEASE NOTIFY ME IF I CAN BE GRANTED THIS OPPORTUNITY.

RESPECTFULLY SUBMITTED
Hassan O. Kemp
THANK YOU

PETITIONER'S TIME TO SUBMIT A REPLY IS EXTENDED TO MARCH 10, 2008.

**SO ORDERED**
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
1-25-08

[Stamps: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1-25-08; RECEIVED DEC 21 2007 PRO SE OFFICE; DEC 20 2007]